**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deputy Warden Frank Albright
   Tutwiler Prison for Women
   8966 U.S. Highway 231 North
   Wetumpka, Alabama 36092

   05CV578

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Robinson_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Rosa Robinson
C. Date of Delivery: 6/20/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 2617

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden Gladys Deese
   Tutwiler Prison for Women
   8966 U.S. Highway 231 North
   Wetumpka, Alabama 36092

   05CV578

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Robinson_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Rosa Robinson
C. Date of Delivery: 6/20/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 2600

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Lenita Hawthorne
   Tutwiler Prison for Women
   8966 U.S. Highway 231 North
   Wetumpka, Alabama 36092

   05cv578

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Rosa Robinson_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Rosa Robinson
C. Date of Delivery: 6/20/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 2624

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540