**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commissioner Donal Campbell
Department of Corrections
P.O. Box 301501
Montgomery, AL 36130

05cv 578

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _Kay J. Hope_          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JUN 2 0 2005

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7005 1160 0001 3017 2631

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540