IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

Perrion Roberts )  CASE # 2:05-CV-578-T
**Plaintiff** )
)
v. )
)
Donal Campbell, et al., )
**Defendants** )

### PETITION FOR APPOINTMENT OF ATTORNEY

As a Pro Se Inmate, Pursuant to Federal Statue 28 USCS § 1915 (e) which gives the court authority to appoint attorneys. It is my belief and based on the known facts and circumstances surrounding this 1983 Suit being filed which has:

I.  Merit.

II. Will require factual investigation, and due to my incarceration I will not be able to perform that investigation myself.

III. Due to being incarcerated, my creditability as a witness may come under attack so that there is need for a lawyer to conduct cross examination.

IV. The appointment of a lawyer would further Justice.

Respectfully,

_____
Signature

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON Donal Campbell, et al., BY THE U.S. FIRST CLASS MAIL, THIS _____ DAY OF _____, _____.

PETITIONER PERRION Roberts