IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

Perrion Roberts #159114
Plaintiff(s)

vs.

Donal Campbell, et al
Defendant(s)

I, Perrion Roberts, being first duly sworn, depose and say that I am the plaintiff in the above entitled case that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? YES ( ) NO (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____
    _____

    B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received. 2002, $350.00 monthly
    _____

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession or form of self-employment? YES ( ) NO (✓)

    B. Rent payments, interest or dividends? YES ( ) NO (✓)

    C. Pensions, aninuities of life insurance payments? YES ( ) NO (✓)

    D. Gifts or inheritances? YES (✓) NO ( )

    E. Any other sources? YES ( ) NO (✓)

3. If the answer to any of the above is YES, describe each source of money and state the amount recieved from each during the past twelve months. _See Certificate for amount_

4. Do you own cash, or do you have money in a checking or savings account? (Include any funds in prison account). YES (✓)  NO( )

   If the answer is YES, state the total value of the items owned.
   _____
   _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property ( including ordinary household furnishings and clothing)? YES ( )  NO (✓)

   If the answer is yes describe the property and state its approximate value.
   _____
   _____

6. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _Michelle Rice Daughter $100.00 monthly_

_____
Signature of affiant

STATE OF ALABAMA
COUNTY OF _Montg_

Before me, a notary public and for said Couny, in said State, personally appeared _Perrion Roberts_, whose name signed to the forgoing complaint, who being first duly sworn deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of her knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this the _30_ day of _July_, 200_5_.

_____
Notary Public
_Montg_ County, Alabama

**I DECLARE UNDER PENALITY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.**

**EXECUTED ON** _____.
                                                    (DATE)

                            Signature of affiant    _____

## CERTIFICATE

I hereby certify that the plaintiff here in has the sum of $ _122.59_ on account to her credit at the _Tutwiler_ institution where he is confined. I furter certify that plaintiff likewise has the following securities to his credit according to the records of said institution_____
_____
_____
_____

I further certify that, she has had the average sum on account at this institution as of the first day of each mont of the immediate preceding months (not to exceed six (6) months).

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_____
_____
_____
_____

                                    _Lisa Goodwin_
                                    Authorized officer of Institution

Date: _7/11/05_

```
              STATE OF ALABAMA
           DEPARTMENT OF CORRECTIONS
                TUTWILER PRISON


AIS #: 159116      NAME: ROBERTS, PERRION D           AS OF: 07/11/2005

                   # OF      AVG DAILY       MONTHLY
          MONTH    DAYS      BALANCE         DEPOSITS
-------------------------------------------------------------------------
          JUL      20        $54.68          $0.00
          AUG      31        $39.51          $200.00
          SEP      30        $23.25          $50.00
          OCT      31        $53.86          $175.00
          NOV      30        $33.20          $50.00
          DEC      31        $328.71         $920.00
          JAN      31        $332.18         $160.00
          FEB      28        $68.72          $80.00
          MAR      31        $37.34          $80.00
          APR      30        $45.95          $200.00
          MAY      31        $47.23          $80.00
          JUN      30        $104.94         $190.00
          JUL      11        $140.25         $16.00
```