In The District Court of The United States
For The Middle District of Alabama

Northern Division

RECEIVED
2005 SEP -6  A 10: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Perrion Roberts
Plaintiff

vs

Donal Campbell, et. al
Defendants

Case # 2:05-CV-578-7

## Motion For Enlargement of Time

As the Plaintiff, I am petitioning the Court for an enlargement of time to respond to the Defendants arguments, motions, petitions as well as exhibits. The Defendant uses Laube v. Haley in arguing this case as an inmate here at Tutwiler Prison Annex this information is not available in our library. It is my belief this is not a proper citing. I am asking the Court to order the Defendants to provide a proper citing and copies or assess to this case. As soon as possible so that I may complete my response to support and provide the

Court with relevant evidence, information and facts to prove the truth of the matters and facts surrounding my filing this U.S.C. § 1983

Laube v Haley (2:02-CV-000-957-MHT) is not a proper citing

Respectfully,

Perrion Roberts

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _State of Alabama Office of Attorney General_ BY THE U.S. FIRST CLASS MAIL, THIS __1st__ DAY OF __Sept__, 2005.

_____
PETITIONER