IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PERRION ROBERTS, AIS #159116 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:05-CV-578-F |
| DONAL CAMPBELL, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF COMPLIANCE WITH COURT'S ORDER

COMES NOW the defendants, through undersigned counsel, and herby gives the court notice of their compliance with the Court's September 8, 2005 order requiring the defendants to produce to Plaintiff a copy of the settlement agreement entered in *Laube v. Haley*, Civil Action No. 2:02-CV-957-T (M.D. Ala.), attached hereto as exhibit A.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 12th day of September, 2005, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Perrion Roberts, AIS #159116
Tutwiler Prison for Women
8966 U.S. Highway 231 North
Wetumpka, AL 36092

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General