In The United State District Court
for The Middle District of Alabama

Northern Division

Perrion Roberts
Plaintiff

vs

Donal Campbell, et al
Defendant

Case# 2:05-CV-578-7

RECEIVED
2005 SEP 20 A 10:07
U.S. DISTRICT CLK
MIDDLE DISTRICT ALA

Petition to have exhibits reviewed by all parties

1. As a Plaintiff in the above civil Action and hereby confined in a control environment Defendant has denied plaintiff(s) copies of exhibits to properly present and mail in a timely manner

2. Ordering that the courts allow all plaintiff(s) and defendant(s) to include myself to be allowed copies of Exhibit(s) B-3 and C-2

3. Ordering Defendants to allow Plaintiff(s) copies of legal material(s) so that we can prepare our cases within the approiate time frame allowed by the courts

Respectfully
Perrion Roberts

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON Attorney General for State of Ala, BY THE U.S. FIRST CLASS MAIL, THIS 16th DAY OF September, 2005.

_____
PETITIONER