Exhibit B

Claudia Henschke, MD, PHD
Chief of the Division of Chest Imaging at New York Hospital Cornell Medical Center in New York City

Prevention - Vol. 53, No. 12
December 2001

Health News
Special Report:

Women and Lung Cancer

# Tobacco Smoke

I. Is a well-known source of annoyance as an indoor air pollutant.

II. Other studies have indicated reduced lung function in middle-age non-smokers exposed to smoke.

III. Cigarette smoke is acknowledged to be the single most important cause of Lung Cancer.

   A. Tobacco has some adverse effects on health in whatever form it is ingested.

There are about 4,000 chemicals present in tar of which a number are <u>known to produce cancer</u>.

# The Hazards of Second Hand Smoke

Tobacco smoke contains 4,000 chemicals, including carcinogens and substances that raise heart disease risks and reduce lung functions.

Until recently, little was known about the impact of smoking on the health of household pets. Raising:

1. Risk for Cancer
2. Asthma
3. Respiratory infections

Study: Elizabeth Bertone-Johnson
SCO Epidemiologist
University of Massachusetts

Ex. A new research revealing a direct link between second-hand smoke and feline lympohoma risk.

Says Researchers: Tufts University and the University of Massachusetts.

## Special Report: Your Most Hidden Cancer

### WOMEN & LUNG CANCER

Lung cancer is the leading cause of cancer death among women, killing some 65,000 a year—more than breast and ovarian cancers combined. Most of these cases are due to smoking, says Dr. Ruth Oratz, a spokeswoman for the American Lung Association. But 10 to 15 percent of lung cancer sufferers have never smoked—and a majority of them are women. Why are women at greater risk? Smaller lung size and estrogen may be factors; so are genetics and secondhand smoke. Another problem is that many nonsmoking women—and their doctors—are unaware of the risk. Though her father and brother died of lung cancer, nonsmoker Sandy Phillips-Britt, 47, of Alameda, Calif., says that even her abnormal chest X-ray failed to alarm physicians. "The fact that I never smoked really worked against me," she says. Now battling advanced lung cancer, she is well aware of the odds: 85 percent of patients diagnosed in the disease's middle stages, says Oratz, will survive for no more than two years.

### More Surprising

I. Women who have never smoked appear to be more than twice as likely as male non-smokers to develop Lung Cancer

II. Developing Lung Cancer and dying from it at a significantly higher rate than their male counterparts are.

### Non-Smokers Warning Signs:

1. Persistent Cough
2. Shortness of breath
3. Recurring Respiratory Infections
4. Chest Pain
5. Weight Loss
6. Decreased appetite

Case # 2:05-CV-578-7