Exhibit C

Sold on the Canteen

to

Inmates

Approved By

Alabama Department

07

Corrections

# Cigarettes

Tobacco smoke is a well-known source of annoyance as indoor air pollutant

## Pollutant

Cigarette smoke is acknowledged to be the single most important cause of lung cancer.

## Lung Cancer

Lung cancer, although very seldom curable, is largely preventable.

Nicotine stimulates the heart to beat faster

Tobacco has some adverse effects on health in whatever form it is ingested

There are about 4,000 chemicals present in tar, of which a number are known to produce Cancer.

ibit -2



SURGEON GENERAL'S WARNING: Smoking Causes Lung Cancer, Heart Disease, Emphysema, And May Complicate Pregnancy.

# Newport Kings

# Inmates puff up budget

Inmates Page 4C

# Inmates: State relies on tobacco tax income

## DEPARTMENT OF CORRECTIONS
### TOBACCO CONSUMPTION FIGURES

| Cigarette brand | Gross sales |
| --- | --- |
| Doral F/F Menthol 100s | $5,816.61 |
| Doral F/F 100s | $21,196.89 |
| Kool Filter | $283,771.62 |
| Kool Super 100s | $27,971.19 |
| Marlboro | $108,247.16 |
| Newport | $274,318.80 |
| Winston | $6,216.56 |
| Garrett Mild Snuff | $1,979.76 |
| Bugler Tobacco | $1,668,365.64 |
| Top Menthol | |
| Cigarette Tobacco | $78,517.50 |
| Top Tobacco | $54,340.38 |
| Red Man Scrap Tobacco | $26,019.77 |
| Skoal | $203,001.45 |
| TOTAL | $2,759,763.33 |



TOP

Menthol Cigarette Tobacco

WARNING: This Product Contains/Produces Chemicals Known To The State Of California To Cause Cancer, And Birth Defects Or Other Reproductive Harm.

*Based on standard .65 oz package

Case # 2:05-CV-578-

# Air Pollutant

Tobacco smoke is an air pollutant.

Air pollution - has resulted in an increased number of deaths among people with cardiac and respiratory diseases

A striking increase on the number of deaths among the persons who already suffer from heart and chronic lung disease.

I. Increasing number of people becoming ill with Chronic Respiratory Disease.

II. Stepped up severity of asthma attacks.

III. More acute bronchitis, pneumonia and other chest illnesses among adults.

IV. Cancer of the Lung.

V. More deaths among people who are hospitalized with heart attacks. One study has indicated that angina patients developed pain more rapid at times.

VI. Irritation of the eyes, nose, and throat, changes in behavior and heart function.

Other studies have indicated reduced lung function in middle-aged non-smokers exposed to smoke

## Lung Cancer

Cancer begins when "tars" produce chemicals that

are Known to produce cancer.

<u>Unfortunately</u>

Lung Cancer can become far advanced before it produces noticeable symptoms.

Surgeon General's Report (1979) states that Lung Cancer is largely a preventable disease.

The Supreme Court has explained:

One does not have to await consumation of threatened injury to obtain preventive relief.

The Columbia University College of Physicians and Surgeons

Tobacco Smoke — Air Pollutant

I. Air Pollution results in increased number of deaths among people with cardiac and respiratory diseases.

II. A striking increase in the number of deaths

among the persons who already suffer from Heart and Chronic Lung Disease.

A. Stepped up severity of asthma attacks.
B. More acute bronchitis, pneumonia and other chest illnesses among adults.
C. Cancer of the lung
D. More deaths among people who are hospitalized with heart attacks.
E. One study has indicated that angina patients developed pain more rapidly at these times.
F. Irritation of the eyes, nose, throat, and changes in behavior and _heart function_.

Exhibit C

Sold On The Canteen

To

Inmates

Approved By

Alabama Department

Of

Corrections

# Cigarettes

Tobacco smoke is a well-known source of annoyance as indoor air pollutant

## Pollutant

Cigarette smoke is acknowledged to be the single most important cause of lung cancer.

## Lung Cancer

Lung cancer, although very seldom curable, is largely preventable.

Nicotine stimulates the heart to beat faster

Tobacco has some adverse effects on health in whatever form it is ingested

There are about 4,000 chemicals present in tar, of which a number are known to produce Cancer.



SURGEON GENERAL'S WARNING: Smoking Causes Lung Cancer, Heart Disease, Emphysema, And May Complicate Pregnancy.

**Newport Kings**

Inmates puff up budget

Inmates State's cut on tobacco tax income

**EPARTMENT OF CORRECTIONS**
**TOBACCO CONSUMPTION FIGURES**

| Cigarette brand | Gross sales |
|---|---|
| Doral F/F Menthol 100's | $5,816.61 |
| Doral F/F 100's | $21,196.89 |
| Kool Filter | $283,771.62 |
| Kool Super 100's | $27,971.19 |
| Marlboro | $106,247.11 |
| Newport | $274,318.80 |
| Winston | $6,215.59 |
| Garrett Mild Snuff | $1,979.79 |
| Bugler Tobacco | $1,508,305.64 |
| Top Menthol | |
| Cigarette Tobacco | $78,517.50 |
| Top Tobacco | $54,340.38 |
| Red Man Scrap Tobacco | $26,019.77 |
| Skoal | $203,001.45 |
| **TOTAL** | **$2,759,763.33** |

**TOP**
*Menthol Cigarette Tobacco*

WARNING: This Product Contains/Produces Chemicals Known To The State Of California To Cause Cancer, And Birth Defects Or Other Reproductive Harm.

*Based on standard .65 oz package

Case # 2:05-CV-578-

# Air Pollutant

Tobacco smoke is an air pollutant.

Air pollution - has resulted in an increased number of deaths among people with cardiac and respiratory diseases

A striking increase on the number of deaths among the persons who already suffer from heart and chronic lung disease.

I. Increasing number of people becoming ill with Chronic Respiratory Disease.

II. Stepped up severity of asthma attacks.

III. More acute bronchitis, pneumonia and other chest illnesses among adults.

IV. Cancer of the Lung.

V. More deaths among people who are hospitalized with heart attacks. One study has indicated that angina patients developed pain more rapid at times.

VI. Irritation of the eyes, nose, and throat, changes in behavior and heart function.

Other studies have indicated reduced lung function in middle-aged non-smokers exposed to smoke

## Lung Cancer

Cancer begins when "tars" produce chemicals that

are known to produce cancer.

<u>Unfortunately</u>
Lung Cancer can become far advanced before it produces noticeable symptoms.

Surgeon General's Report (1979) states that Lung Cancer is largely a preventable disease.

The Supreme Court has explained:

One does not have to await consumation of threatened injury to obtain preventive relief.

The Columbia University College of Physicians and Surgeons

Tobacco Smoke - Air Pollutant

I. Air Pollution results in increased number of deaths among people with cardiac and respiratory diseases.

II. A striking increase in the number of deaths

among the persons who already suffer from Heart and Chronic Lung Disease.

A. Stepped up severity of asthma attacks.
B. More acute bronchitis, pneumonia and other chest illnesses among adults.
C. Cancer of the lung
D. More deaths among people who are hospitalized with heart attacks.
E. One study has indicated that angina patients developed pain more rapidly at these times.
F. Irritation of the eyes, nose, throat, and changes in behavior and <u>heart function</u>.