# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **PERRION ROBERTS, AIS #159116** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:05-CV-578-578-MEF-WC |
| **DONAL CAMPBELL, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, *Donal Campbell, Frank Albright, Gladys Deese, and Lenita Hawthorne*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX     This party is an individual, or

XX     This party is a governmental entity (in official capacities), or

       There are no entities to be reported, or

       The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____    _____

_____    _____

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
balbritton@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 18th day of January, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Perrion Roberts
7916 2nd Avenue North
Birmingham, AL 35206

                                              /s/ Benjamin H. Albritton
                                            Benjamin H. Albritton
                                            Assistant Attorney General