IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

PERRION ROBERTS, #159116,           )
                                    )
        Plaintiff,                  )
v.                                  )       CASE NO. 2:05-cv-0578-MEF
                                    )
DONAL CAMPBELL, *et al.*,           )
                                    )
        Defendants.                 )

## <u>FINAL JUDGMENT</u>

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and

against the plaintiff, that this action is DISMISSED with prejudice, and costs are taxed

against the plaintiff.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 19th day of February, 2008.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE